FILED
2012 Apr-19 PM 02:08
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## NORTHEASTERN DIVISION

| | |
|---|---|
| **VALERIE CAMPBELL,**            ) | |
|                                  ) | |
|    **Plaintiff,** ) | |
|                                  ) | |
| **v.**                           ) | **Case No. 5:10-cv-1196-TMP** |
|                                  ) | |
| **PARADIGM INVESTMENT GROUP,**   ) | |
| **LLC, d/b/a/ Hardee's,**        ) | |
|                                  ) | |
|    **Defendant.** ) | |

### ORDER ADOPTING REPORT AND RECOMMENDATION

On December 29, 2011, the Magistrate Judge filed his Report and Recommendation concerning the Motion to Dismiss (Doc. #43) filed by Defendant on October 28, 2011. The Magistrate Judge treated the motion as a converted Motion for Summary Judgment, and recommended that it be denied. To date, no party has filed objections to the Report and Recommendation; however, because the parties have not consented to the allow the Magistrate Judge to exercise full dispositive jurisdiction in the case, the undersigned was drawn randomly to review the Report and Recommendation.

Having now carefully reviewed and considered the Report and Recommendation, the court finds that the Report is due to be and hereby is **ADOPTED** and the Recommendation is **ACCEPTED**. Accordingly, the Motion to Dismiss, treated as a Motion for Summary Judgment, is **DENIED**.

The case is again **REFERRED** to the Magistrate Judge for further proceedings.

**DONE** and **ORDERED** this ____19th_____ day of April, 2012.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE

2